Opinion filed November 16,
2012

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-12-00304-CV

                                                    __________

 

                                   
WT APPRAISAL, INC., Appellant

 

                                                             
V.

 

              BRAD MADRY AND WIFE TABITHA MADRY, Appellees



 

                                   On
Appeal from the 118th District Court

                                                          
Howard County, Texas

                                                      Trial
Court Cause No. 48204

 



 

                                            M
E M O R A N D U M    O P I N I O N

WT
Appraisal, Inc. is the appellant in this appeal.  It has filed an unopposed
motion to dismiss the appeal pursuant to Tex.
R. App. P. 42.1(a)(1).  In the motion, appellant states that it “no
longer wishes to prosecute this particular appeal at this time.”  Therefore, in
accordance with appellant’s request, we dismiss the appeal. 

The
motion to dismiss is granted, and the appeal is dismissed. 

 

                                                                                                PER
CURIAM

November 16, 2012

Panel consists of: Wright, C.J.,

McCall, J., and Hill.[1]









[1]John G. Hill, Former Chief Justice, Court of Appeals,
2nd District of Texas at Fort Worth, sitting by assignment.